# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 08-54639          Exhibit D

Case Name: DAVID P. GRZELAK

Trustee Name: RICHARD A. WILSON

Balance on hand        $      0.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RICHARD A. WILSON | $ 159.49 | $ 159.49 | $ 159.49 |
| Trustee Expenses: RICHARD A. WILSON | $ 28.68 | $ 28.68 | $ 28.68 |

Total to be paid for chapter 7 administrative expenses    $ 188.17

Remaining Balance    $ -188.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE



UST Form 101-7-TFR (10/1/2010) (Page: 10)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 112,878.50  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CHASE BANK USA, NA | $ 1,012.60 | $ 4.03 | $ 0.00 |
| 2 | Green Tree Servicing, LLC | $ 32,305.46 | $ 128.72 | $ 0.00 |
| 3 | AMERICAN EXPRESS CENTURION BANK | $ 2,400.05 | $ 9.56 | $ 0.00 |
| 4 | FirstMerit Bank NA | $ 465.32 | $ 1.85 | $ 0.00 |
| 5 | FirstMerit Bank NA | $ 31,151.60 | $ 124.13 | $ 0.00 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 31,087.65 | $ 123.87 | $ 0.00 |
| 7 | PRA Receivables Management, LLC | $ 10,185.02 | $ 40.58 | $ 0.00 |
| 8 | Recovery Management Systems Corporation | $ 4,270.80 | $ 17.03 | $ 0.00 |

Total to be paid to timely general unsecured creditors                         $                    0.00

Remaining Balance                                                             $                 -188.17

*5.88*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

*ck #2009*
*receipt #81887*

UST Form 101-7-TFR (10/1/2010) *(Page: 11)*

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE